

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Henry Lee Hutchinson, Appellant

No. 06-23-00086-CR        v.

The State of Texas, Appellee

Appeal from the 54th District Court of McLennan County, Texas (Tr. Ct. No. 2012-1755-C2).   Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the trial court's judgment nunc pro tunc.

We note that the appellant, Henry Lee Hutchinson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 13, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk